IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**KEVIN D. DARRAH,**

    **Plaintiff,**

  vs.                                Civil Action 2:12-cv-899
                                      Judge Smith
                                      Magistrate Judge King

**DR. KRISHER, *et al.*,**

    **Defendants.**


## ORDER

On September 28, 2012, the United States Magistrate Judge issued a *Report and Recommendation*, Doc. No. 4, recommending that defendants Gary C. Mohr, Gary Croft, John DesMarais, Stuart Hudson, Robert Welch, Mona Parks, Rod B. Johnson, Jondrea Parrish, Ralph Wilson, Donald Root, Darhla Roberts, K. Layne and D. McGonigal be dismissed for failure to state a claim under 42 U.S.C. § 1983. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**

The United States Marshal Service is **DIRECTED** to effect service of process, by certified mail, on Dr. Krisher, Dr. Andrew Eddy, Dr. David C. Weil and Karen Stanforth,[1] who shall have forty-five (45) days after

---

[1] The *Report and Recommendation*, which separated the claims of plaintiff Robert A. Snead and the instant plaintiff, Kevin D. Darrah, concluded that plaintiff Darrah's allegations were sufficient to state Eighth Amendment

service of process to respond to the *Complaint*.

                              *s/George C. Smith*
                              **George C. Smith, Judge**
                              **United States District Court**

---

claims against these four defendants. *Id*. at 8-10.